| United States Bankruptcy Court<br>District of Delaware | VOLUNTARY PETITION |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pennysaver USA, LLC** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**46-3627098** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one state all): |
| Street Address of Debtor (No. and Street, City and State):<br>**2830 Orbiter Street**<br>**Brea, CA 92821** | Street Address of Joint Debtor (No. and Street, City and State): |
| County of Residence or of the Principal Place of Business:<br>**Orange County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

| Type of Debtor<br>Form of Organization<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>*check this box and state type of entity below*) | ☐ Health Case Business<br>☐ Single Asset Real Estate as defined<br>11 USC § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☒ Chapter 7           ☐ Chapter 15 Petition<br>☐ Chapter 9             for Recognition of a<br>☐ Chapter 11           Foreign Main<br>☐ Chapter 12           Proceeding<br>☐ Chapter 13           ☐ Chapter 15 Petition<br>                              for Recognition of a<br>                              Foreign Nonmain<br>                              Proceeding |
| **Chapter 15 Debtors**<br>Country of debtor's main interest:<br><br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check **one** box.)<br>☐ Debts are primarily             ☒ Debts are primarily<br>consumer debts, defined in          business debts.<br>11 U.S.C. §101(8) as<br>"incurred by an individual<br>primarily for a personal,<br>family, or household<br>purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee Attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. §101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliate) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. §1126(B). |

| Statistical/Administrative Information | THIS SPACE FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☒ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ 500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ 500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **VOLUNTARY PETITION** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Pennysaver USA, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **See Attachment for Pending Cases** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commissionpursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice require by 11 U.S.C. § 342(b).

Signature of Attorney for Debtor(s) -- (Date)

### Exhibit C

Does the debtor own or have posession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made part of this petition.

☒ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this district, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be servied in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgement against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgement)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgement for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C § 362(1)).

| VOLUNTARY PETITION *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Pennysaver USA, LLC** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Respresentative** |
|---|---|
| I declare under penalty of perjury that the information provided in the petition is true and correct. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11,United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. _____ *Signature of Debtor* _____ *Signature of Joint Debtor* _____ *Telephone Number* _____ *Date* | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C § 1511 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. _____ *(Signature of Foreign Representative)* _____ *(Printed Name of Foreign Representative)* _____ *Date* |
| **Signature of Attorney*** **/s/ Christopher A. Ward** *Signature of Attorney for Debtor(s)* **Christopher A. Ward** *Printed Name of Attorney for Debtor(s)* **Polsinelli PC** *Firm Name* **222 Delaware Avenue Suite 1101 Wilmington, DE 19801 Email Address: cward@polsinelli.com** *Address* **302-252-0920** *Telephone Number* **05/29/2015** *Date* * In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b), and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notices of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section Official Form 19 is attached. _____ *Printed Name and title, if any, of Bankruptcy Petition Preparer* Social-Security number (If the bankruptcy petition preparer is not an individual,state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C.§ 110.) _____ *Address* _____ *Signature of Preparer* _____ *Date* Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petiton preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person, individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C.§ 110.) *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 100; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. **/s/ Barry Kasoff** *Signature of Authorized Individual* **Barry Kasoff** *Printed Name of Authorized Individual* **Chief Restructuring Officer** *Title of Authorized Individual* **05/29/2015** *Date* | |

# ATTACHMENT TO VOLUNTARY PETITION

## PENDING FILINGS

| DEBTOR NAME | CASE # | DATE | DISTRICT | RELATIONSHIP | JUDGE |
|---|---|---|---|---|---|
| Monthly Mailer, LLC | null-null() | 5/29/2015 | District of Delaware | Affiliate | |
| Pennysaver USA Printing, LLC | null-null() | 5/29/2015 | District of Delaware | Affiliate | |
| Pennysaver USA Publishing, LLC | null-null() | 5/29/2015 | District of Delaware | Affiliate | |
| Orbiter Properties, LLC | null-null() | 5/29/2015 | District of Delaware | Affiliate | |

| In re | Chapter: 7 |
|---|---|
| Pennysaver USA, LLC,<br>Debtor. | Case No. |

# DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of Pennysaver USA, LLC, named in this case as (the "Debtor"), declare under penalty that I have read the foregoing and it is true and correct to the best of my knowledge, information, and belief.

**05/29/2015**　　　　　　　　　　　　　　　**/s/ Barry Kasoff**
　　　　　　Date　　　　　　　　　　　　　　　　　　Signature
　　　　　　　　　　　　　　　　　　　　　　**Barry Kasoff**
　　　　　　　　　　　　　　　　　　　　　　　　　Name
　　　　　　　　　　　　　　　　　　　　　　**Chief Restructuring Officer**
　　　　　　　　　　　　　　　　　　　　　　　　　Title

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C.§§ 152 and 3571

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:   **Pennysaver USA, LLC**   ,   **Case No.** _____
        **Debtor**   **Chapter** _7_

## CORPORATE OWNERSHIP STATEMENT

    Pursuant to Bankruptcy Rules 1007(a)(1) and 7007.1, the following is a list of corporations that directly or indirectly own ten percent(10%) or more of any class of the above captioned debtor's equity interests or states that there are no entities to report:

| *Name and last know address or place of business of holder* | *Number of Shares or Securities* |
|---|---|
| Pennysaver USA Investors, LLC<br>2830 Orbiter Street<br>Brea, CA 92821 | 100% |

In re     Pennysaver USA, LLC                                                                 Case No._____
         **Debtor**                                                                                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S CORPORATE OWNERSHIP STATEMENT

### Corporate Ownership Statement

I, Barry Kasoff the undersigned authorized officer of Pennysaver USA, LLC, named in this case as (the "Debtor"), declare under penalty that I have read the foregoing and it is true and correct to the best of my knowledge, information, and belief.


Date:  05/29/2015                                              Signature:   /s/Barry Kasoff
                                                                                                                                  Title: Chief Restructuring Officer

Generated using CasefilePRO™

# United States Bankruptcy Court

District of Delaware

**In re**

Pennysaver USA, LLC

Case No. _____

**Debtor**

Chapter __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................... $ 50,000.00

   Prior to the filing of this statement I have received ........................... $ 50,000.00

   Balance Due .................................................................. $ 0.00

2. The source of the compensation paid to me was:

   ☒ Debtor  ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor  ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)

    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.  [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

| 05/29/2015 | /s/ Christopher A. Ward |
|---|---|
| *Date* | *Signature of Attorney* |
| | Polsinelli PC |
| | *Name of law firm* |

# ACTION BY UNANIMOUS WRITTEN CONSENT OF THE SOLE MEMBER OF PENNYSAVER USA, LLC

May 29, 2015

Pursuant to the authority contained in section 18-302(d) of the Delaware Limited Liability Company Act, the undersigned, being the sole member of Pennysaver USA, LLC (the "Company"), a Delaware limited liability company, by its signatures affixed hereto, does hereby consent to, adopt, and ratify the following resolutions, in writing, without a meeting, and direct that this written consent (or copy thereof) be filed with the minutes and records of the Company:

RESOLVED, that in the judgment of the sole member of the Company, it is in the best interests of the Company and its members, as well as its creditors, employees, and other interested parties, that there be a liquidation of the Company by and through the filing of a voluntary petition by the Company for protection under chapter 7 of title 11 of the United States Code (a "Chapter 7 Bankruptcy") and the Company therefore hereby consents to and approves and ratifies such Chapter 7 Bankruptcy filing; and it is further

RESOLVED, that Barry Kasoff (the "Authorized Officer") is, authorized, empowered, and directed to execute and verify a petition in the name of the Company under chapter 7 of the title 11 of the United States Code and to cause such petition to be filed in the United States Bankruptcy Court for the District of Delaware in a form and at a time as the Authorized Officer shall determine; and it is further

RESOLVED, that the law firm of Polsinelli PC, be employed under a general retainer to provide legal services to, and represent, the Company in connection with the Chapter 7 Bankruptcy and any other matters in connection therewith; and it is further

RESOLVED, that any person dealing with the Authorized Officer in connection with any of the foregoing matters shall be conclusively entitled to rely upon the authority of such Authorized Officer and by such Authorized Officer's execution of any instrument, certificate, notice, or document, the same shall be a valid and binding obligation of the Company enforceable in accordance with its terms, and it is further

RESOLVED, that the Authorized Officer has the full authority to act on behalf of the Company and pay all necessary and reasonable fees and expenses incurred in connection with the actions and transactions contemplated by these resolutions; and it is further

RESOLVED, that, in addition to the specific authorizations contained in these resolutions, the Authorized Officer may take any action and conduct any transaction in his judgment that is necessary, appropriate, or advisable in order to carry out fully the intent and purpose of the foregoing resolutions; and it is further

RESOLVED, that all acts lawfully done or actions lawful taken by the Authorized Officer prior to the adoption of these resolutions with respect to matters contemplated by these resolutions are adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

50366883.1

PENNYSAVER USA INVESTORS, LLC,
sole member and manager

By: _____
Name: Barry Kasoff
Title: Authorized Officer